IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHELI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:25-cv-06095-RMB-MJS |
| : | |
| MDC COAST 8, LLC, : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF SETTLEMENT**

The Plaintiff hereby informs this Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of crafting a settlement agreement and expect to file dismissal papers within the next sixty days.

Respectfully submitted this 20th day of October 2025,

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
2220 N. East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Charlene Cheli*